UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA MUELLER,

        Plaintiff,

vs.

Case No. 12-cv-14582
HON. GERSHWIN A. DRAIN

COMMERCIAL RECOVERY,

        Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On November 21, 2012, Plaintiff filed a Notice of Settlement indicating that the parties had reached a settlement and that a formal dismissal order was forthcoming. *See* Dkt. No. 7. There being no further communication with the court to the contrary;

This case hereby is DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

        /s/ Gershwin A. Drain
        GERSHWIN A. DRAIN
        UNITED STATES DISTRICT JUDGE

Dated: January 16, 2013

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on January 16, 2013, by electronic and/or ordinary mail.

        /s/ Tanya Bankston
        Deputy Clerk